# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL NO. 43 PENSION, ANNUITY, AND HEALTH AND WELFARE FUNDS by Paul Kloc, as Plan Manager; et al.**

V.                    CASE NUMBER: 5:04-CV-59(HGM/GJD)

**DMEC, INC.; et al.**

[ ]   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[XX]  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of Plaintiffs against Defendants **DMEC, INC., DICK McCARTHY ELETRICAL CONTRACTING, INC., and DMEC ELECTRICAL CONTRACTING** for the sum of $125,496.67 pursuant to the Stipulation and Order of the Hon. Howard G. Munson filed on November 13, 2006.

DATED:    November 13, 2006

                                                          Clerk of Court

LKB:lmp